John E. Haapala, OSB No. 061739
E-mail: jeh@haapalaw.com
401 E 10th Ave., Suite 240,
Eugene, Oregon 97401
Phone: 541-345-8474
Fax: 541-345-3237
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JANA K. KREINDEL,**<br><br>Plaintiff<br><br>v.<br><br>**COMMISSIONER,**<br>Social Security<br>Administration<br><br>Defendant. | Civil Case No. 6:13-cv-01617-ST<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $5,442.28 is awarded to Plaintiff. Defendant shall mail the check to Plaintiff's attorney's office as follows: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. If Plaintiff does not owe an outstanding debt

eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John Haapala.

There are no costs or expenses to be paid herein.

Dated this _12th_ of November, 2014.

_____
United States District Judge/Magistrate

Submitted by:
John E. Haapala, OSB No. 061739
(541) 345-8474, Attorney for Plaintiff

1 – ORDER AWARDING ATTONREY FEES PURSUANT TO EAJA